Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Division

Brian G. Oatman
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

MTC
Bryan Collier, ~~xxxxxx~~
Dr. Lannette Linthicum
UTMB Managed Health Care
TTUHSC Managed Health Care
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

(See pg. 1-A)

Case: 1:22-cv-03678
Assigned To : Unassigned
Assign. Date : 12/5/2022
Description: Pro Se Gen. Civ. (F-Deck)



RECEIVED
Mail Room
DEC - 5 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements or other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application forma pauperis.

Pg 1

Defendant No. 1   Management & Training Corporation, Scott Marquardt (CEO)
Washington, D.C. Office
50 F Street NW, Suite 470
Washington, DC 20001

Defendant No. 2.   A or K Rodriguez, Shift Supervisor
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Defendant No. 3.   B. Rodriguez, Warden
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Defendant No. 4.   T. Wiktorik, Asst. Warden
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Defendant No. 5.   R. De La Cruz, Medical Administrator
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Defendant No. 6.   Valley Baptist Hospital (E.R. Physicians)
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Defendant No. 7.   La Salle Corrections, Warden Mooney-Ham

Defendant No. 8   Amanda Ramirez, MH Manager
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Defendant No. 9   Nurse Stanton? Tele-psych
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Pg 1-A

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Brian G. Oatman
   All other names by which you have been known: "Firewater"
   ID Number: 2097131
   Current Institution: ~~Willacy Unit~~ Connally Unit
   Address: ~~1695 S. Buffalo Dr.~~ 899 FM 632
   ~~Raymondville~~ Kenedy, TX 78119
   ~~TX 78580~~

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. ~~1~~ 10
   Name: Bryan Collier
   Job or Title: Executive Director TDCJ
   Shield Number:
   Employer: Texas Dept. of Criminal Justice
   Address: P.O. Box 99
   Huntsville, TX 77342
   [X] Individual capacity [X] Official capacity

   Defendant No. ~~2~~ 11
   Name: Dr. Lannette Linthicum
   Job or Title: Director TDCJ Health Services Division
   Shield Number:
   Employer: Texas Dept. of Criminal Justice
   Address: Two Financial Plz, Ste 625
   Huntsville, TX 77340
   [X] Individual capacity [X] Official capacity

Pg. 2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 12
Name: University of Texas Medical Branch (UTMB)
Job or Title (if known): UTMB Managed Health Care Correctional Managed Health Care provider
Shield Number:
Employer: (Texas Dept of Criminal Justice) UTMB
Address: 301 University
City: Galveston   State: TX   Zip Code: 77555-0782

☒ Individual capacity   ☒ Official capacity

Defendant No. 13
Name: Texas Tech University Health Science Center (TTUHSC)
Job or Title (if known): Correctional Managed Health Care Provider
Shield Number:
Employer: (TDCJ) TTUHSC
Address: HQ plaza, 5307 W. Loop 289 ste, 202
City: Lubbock   State: TX   Zip Code: 79414

☒ Individual capacity   ☒ Official capacity

(see pg. 3-A)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, 14th, & 5th Amendments, the ADA & Rehabilitation Act

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pg. 3

Defendant No. 14  Norma Salazar MH Clinician
MTC, 50 F. Street NW, Suite 470
Washington, DC. 20001

Defendant No. 15  Director of TDCJ State Classification Committee (ucc)
Fitzpatrick ___?
P.O. Box 99
Huntsville, TX 77342

Defendant No. 16  M. Estrada Property Room C.O
MTC, 50 F. Street NW, Suite 470
Washington, DC 20001

Pg. 3-A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____ NA _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. 1) Acting under the Color of State law LaSalle → MTC, Bryan Collier, Dr. Lannette Linthicum, UTMB & TTUHSC Managed Health Care worked together to develope a Heat Score. This Heat Score caused my classification to change without due process of law and violated my 1st, 8th, 14th, 5th Amendments the ADA, the Rehabilitation Act & RLUIPA

Please See pg. 4 (a)(B)(c)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. These events came about in October of 2015 when I was arrested in Waco, TX just 2 hours after walking away from the MHMR Crisis Center in a full blown psychosis

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. In October of 2015 the Jack Harwell Jail which is operated by La Salle Corrections held me in solitary confinement for almost a full year until I was coerced into signing a guilty plea & came to TDCJ. I have never been properly treated from Oct. 2015 to the present.

Pg. 4

2) UTMB & TTUHSC subcontract Treatment of inmates for TDCJ, Dr. Lannette Linthicum supervises this treatment & Bryan Collier being Executive Director for TDCJ is ultimately responsible for all of the actions & inactions of the aforementioned individuals & Corporations - MTC & Lasalle Cor.

3) Acting under color of state law various doctors, nurses, psychiatrists, Dentists & others denied me of adequate medical services which caused me much physical pain & suffering, Mental & emotional decompensation & numerous trips to hospitals for injuries associated with lack of proper diagnostics & treatment. Violating my 1st, 14th, 5th, 8th Amendments, RLUIPA, ADA

4) UTMB & TTUHSC employees have been & still are deliberately indifferent to my dental & Mental health needs which caused me to suffer psychosis & self-harm in violation of the 8th, 14th Amendments

5) UTMB, TTUHSC & TDCJ are chronically understaffed causing me to be denied of Mental Health support groups & services as well as dental services & out of cell recreation which negatively impacts my physical & Mental Health. & refuse to represent me at my disciplinary hearings violating my due process.

6) Bryan Collier & Lannette Linthicum are ultimately responsible for supervising their subcontractors & employees' actions & inactions. Chronic Understaffing is evidence of deliberate indifference <u>Abrales v. County of Los Angeles, 864 F.2d 1454, 1461 (9th Cir 1988)</u>

7) Lack of Proper Medical Care, Lack of ice water & outside of cell recreation has caused me to slip into psychosis which caused TDCJ guards to assault me with pepper spray while I was naked in my cell 3 times & TTUHSC Mental Health staff did not represent me at disciplinary hearings which caused me to be denied parole & to be sent to med custody losing my Liberties.

8) The above listed actions & inactions creates an overall effect of Cruel & Unusual Punishment which violates the 8th & 14th Amendments.

Pg. 4(a)

9. I was denied the right to fully engage in my religious exercise the entire time I was at the Willacy, Allred, Cotulla & Connally Units. State classification, Unit classification, Dr. Linnet Lithicum, Bryan Collier, MTC-Scott Marquart are responsible for transfering me to these Non-Native American Designated Units.

10. Bryan Collier is well aware that Transferring General Population inmates to High Security & Restrictive housing areas would deprive them of equal access to benefits & services violating the 14th Amendment, ADA, 1st Amendment with regard to equal protection, religious freedom as well as due process.

11) M. Estrada, MTC, La Salle Corrections are responsible for violating my 4th, 14th & 8th Amendment rights by unlawfully confiscating all of my electronic property bought off of Commissary. Namely my Typewriter, night light, radio, multipluge, hot pot & fan. Bryan Collier, Warden Mooneyham & Warden Wiktorik and Rodriguez also know that inmates will be deprived of their electronics while being housed in an overcrowded County Unit.

12. Valley Baptist Hospital E.R. Physicians Working for MTC. Overmedicated me for a surgical procedure & then woke me up and unmedicated me & performed surgery on me with no anestetic aid. I screamed, cried, pissed and crapped all over the bed & Warden Wiktorik & Warden Rodriguez had me shackled and Hogg-tied for 4 days in a hospital bed & refused to allow the medical staff to allow me to shower due to under staffing and evil intent. I sat on a poop-pad with blood & feces, hogg-tied and watched by guards with a .357 pistol for 4 days. This is Cruel & Unusual punishment

Pg. 4(B)

13. The Mental health staff, Ms. Ramirez, Ms. Salazar & Ms. Dela Cruz Dropped me from the Mental health case load causing me to fall into a psychosis which landed me in the Hospital.

14. Warden Rodriguez & Wiktorik refused to protect me and my confidentiality about my hospital visit one of their sgts told inmates about my personal medical details & made me a target for Aryan Brotherhood Gang Member Jordan Kelley who sexually harassed, extorted & physically assaulted me causing permanent pain in my neck, back & spine.

15. Warden Wiktorik & Major Maldanado Neither one conducted a proper PREA investigation, did not contact local authorities, The Gang Unit or the OIG & refused to Answer my step 2 grievance & kept my step one original in violation of local State Federal & TDCJ Rules & others.

4(c)

C. What date and approximate time did the events giving rise to your claim(s) occur?

(Waco Jail)   (Entered TDCJ)
October 8th 2015 & November 15, 2016

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) In 2015 I was under review by the dept of assisted Rehabilitative Services (DARS) & being treated for Schizo-affected Disorder by MHMR in Tarrant County, TX. I wound up walking from Ft. Worth, TX to Waco, TX, trying to outrun the voices in my head & wound up in jail twice in Waco before being sent to TDCJ. TDCJ & their subcontractors UTMB & TTUHSC has to this day, not Researched my Mental Health History & have mis-diagnosed & mis-medicated me for almost 6 years

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have been Pepper Sprayed 4 times. Every time I was already having severe Mental Health "decompensation." Getting Sprayed in that condition has caused me much irrepairable mental & physical suffering & harm (Damage). I have required proper Mental health diagnostics, proper medical care, proper medication, Mental health Support Groups & I required single-cell housing due to my severe illness & history of abuse from others. I have yet to receive proper diagnostics, proper housing, proper Mental & Dental Care I've lost property, freedom & Good time credits as well.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I request Declatory Judgement to state 8th Amendment violations. I request Injunctive relief for TDCJ to be forced to properly house, diagnose & treat Mental patients including Mental health Support groups. I request Injunctive relief that the Court have TDCJ provide evidence used to create "Heat Scores" of TDCJ inmates & give inmates due process related to this re-classification. I request punitive damages to be assessed by this Court & I request Compensatory damages in the amount of $15,000,000.00 from UTMB, TTHSC, Bryan Collier & Lannette Linthicum in their official Positions. As well as their Personal positions & Valley Baptist Hospital

Pg 5

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). McLennan County Jail & Texas Dept of Criminal Justice

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Continuity of Care, deliberate indifference, pain & suffering, Cruel & Unusual Punishment, violation of the ADA, 8th, 14th, 5th, 1st Amendments

Pg. 6

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   McLennan County Jail (Jack Harwell)

2. What did you claim in your grievance? Solitary Confinement

3. What was the result, if any? Lt. Dent (La Salle Corrections) said I could not be let out of Solitary Confinement because of my "sporadic behavior"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   That was in County Jail before Prison (TDCJ) & I was in Solitary Confinement with a golf pencil I had to sharpen with my teeth. I Didn't know what a grievance was. Here in TDCJ I Completed the grievance process numerous times

Pg. 7

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   NA

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   NA

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I was sent out to the hospital. TDCJ staff packed up my property & did away with most of my original copies of grievance's but they maintain a digital Archive. I did find one original grievance & two handwritten copies of GV #2020169732 & two letters Attached as Pg's 1-6

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Brian G. Oatman
   Defendant(s) Bobby Lumpkin ~~Dale Wainwright~~ Bryan Collier, Patrick O'Daniel

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Western District of Texas, Austin Division (Travis County)

3. Docket or index number
   1:21-CV-01177-LY-DH

4. Name of Judge assigned to your case
   Lee Yeakel

5. Approximate date of filing lawsuit
   12-16-2021 — Amended Complaint 1-12-2022

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ~~Hasn't begun yet~~ Summary judgment review

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes

Pg. 9

☑ Yes

~~☐ No~~

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Brian G. Oatman #2097131
   Defendant(s) Kyle W. Burruss, Carl Schiwart, Unidentified Assault Team

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S.D.C N.D. Tex Tarrant County, TX (Ft. Worth, TX)

3. Docket or index number
   7:22-CV-0010l-0

4. Name of Judge assigned to your case
   Honorable Reed O'Connor

5. Approximate date of filing lawsuit
   10/7/2022

6. Is the case still pending?
   ☑ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Pending

Pg. 10

1. Plaintiff: Brian G. Oatman
   Defendant: Robert Marquardt, Bryan Collier, B. Rodrigues, K. Wiktorik

2. Court: U.S.D.C S.D. Tex Brownsville, TX

3. Docket #: 1:22-CV-00022

4. Judge Fernando Rodriguez Jr.

5. March 7, 2022

6. Is the case pending? <u>NO</u>

7. What was the result? Withdrawn by plaintiff.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~1-16-2022~~ 11-20-2022

Signature of Plaintiff: Brian G. Oatman
Printed Name of Plaintiff: Brian G. Oatman, Connally Unit
Prison Identification #: 2097131, 899 FM 632
Prison Address: ~~Willacy Unit 1695 S. Buffalo Dr.~~
~~Raymondville~~ Kenedy   TX   ~~78580~~ 78119
City   State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
   City   State   Zip Code
Telephone Number: _____
E-mail Address: _____

Pg. 11